APPEAL No. 73-15. LAURA E. RICARD *v.* JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY *et al.* Motion of defendant Industrial National Bank of Rhode Island to supplement the record by adding certain exhibits thereto is granted as prayed. Joslin, J., not participating. *John P. Bourcier,* for plaintiff. *John W. Moakler, John F. Sherlock, Jr.,* for John Hancock Mutual Life Insurance Company; *Hinckley, Allen, Salisbury & Parsons, Ernest C. Torres,* for Industrial National Bank of Rhode Island.

APPEAL No. 73-28. JOSEPH E. MARRAN, JR. *v.* WEST WARWICK SCHOOL COMMITTEE. Appellant's motion for an early assignment is denied. Joslin, J., not participating. *Joseph E. Marran, Jr.,* appellant, pro se. *John S. Brunero,* for appellee.

APPEAL No. 73-99. PAWTUXET VALLEY BUS LINES, INC. *v.* HARRY MCKANNA, JR. *et al.* Plaintiff's motion is granted, and instant cause is consolidated for hearing with the cause of *Pawtuxet Valley Bus Lines, Inc.* v. *McKanna,* No. 73-91-M.P. Joslin, J., not participating. *Beals, Jerue & DiFiore, Albert DiFiore,* for plaintiff. *Charles J. McGovern,* for United Truck & Bus Service Co., *John S. Brunero,* for defendants.